IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

vs.                              CASE NO. **4:03CR00033GH**

KENNARD GATEWOOD                                                   DEFENDANT

## **ORDER**

On motion of the government, for good cause shown, the evidentiary hearing is continued to May 5, 2006 at 9:30 a.m.

IT IS SO ORDERED this 12th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-